DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEPHEN KOWALEWSKI,**
Appellant,

v.

**JESSICA KOWALEWSKI** and **DEPARTMENT OF REVENUE,**
Appellees.

Nos. 4D2025-3435, 4D2025-3436, 4D2025-3437, and 4D2025-3438

[July 16, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lillian B. Ewen, Judge; L.T. Case No. 562003DR002633AXXXHC.

Stephen Kowalewski, pro se.

James Uthmeier, Attorney General, Tallahassee, and Sarah C. Prieto, Assistant Attorney General, Fort Lauderdale, for appellee Department of Revenue.

PER CURIAM.

*Affirmed.*

SHEPHERD, LOTT, JJ., and COATES, JR., HOWARD K., Associate Judge, concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***